# Exhibit 1

EXAMINATION UNDER OATH

OF

DANIEL KESSLER

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DATE TAKEN:         MARCH 8, 2017

TIME:               COMMENCED AT 12:47 P.M.
                    CONCLUDED AT 3:45 P.M.

PLACE:              103 SWEETWATER TRAIL
                    BUNNELL, FLORIDA

STENOGRAPHICALLY
REPORTED BY:        BLYTHE RIGGS, RPR
                    COURT REPORTER AND NOTARY PUBLIC

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*



Page 2

```
 1   APPEARANCES:
 2   MORRIS PATAKY, ESQUIRE
     Litchfield Cavo LLP
 3   600 Corporate Drive, Suite 600
     Fort Lauderdale, Florida  33334
 4   954-689-3000
 5       Attorney for Seneca Insurance
 6
     THOMAS SCARR, ESQUIRE
 7   Jenkins Fenstermaker PLLC
     325 Eighth Street
 8   Huntington, West Virginia  25701
     304-521-4571
 9
         Attorney for Daniel Kessler
10
11
     Also Present:
12
     Gregory Crapanzano, Seneca Insurance
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1             C O N T E N T S
 2   TESTIMONY OF DANIEL KESSLER
 3
     Examination by Mr. Pataky           4
 4
     REPORTER'S CERTIFICATE            133
 5
     CERTIFICATE OF OATH               134
 6
 7
 8             E X H I B I T S
 9
     Exhibit A-Lease                   132
10   Exhibit B-Letter from Litchfield Cavo    19
     Exhibit C-Schematic of Building    29
11   Exhibit D-List of Work to Lawrence Economic
             Development Corporation    45
12   Exhibit E-List of Property Damaged  57
     Exhibit F-Heaberlin AC Bid         119
13   Exhibit G-Universal Electric Bid   124
14
15
             S T I P U L A T I O N S
16
         It is hereby agreed to and so stipulated by and
17
     between the parties hereto, through their respective
18
     counsel, that the reading and signing of the transcript
19
     are expressly reserved by the Deponent.
20
21
22
23
24
25
```

Page 4

```
 1              P R O C E E D I N G S
 2        THE REPORTER:  Do you swear or affirm the
 3   testimony you are about to give will be the
 4   truth, the whole truth and nothing but the
 5   truth?
 6        THE WITNESS:  I do.
 7   THEREUPON,
 8              DANIEL KESSLER,
 9   having been duly sworn, was examined and testified upon
10   his oath as follows:
11              EXAMINATION
12   BY MR. PATAKY:
13   Q    Mr. Kessler, my name is Morris Pataky.  Thanks
14   for inviting us into your home.  I represent Seneca
15   Specialty Insurance Company.  I'm a partner with a law
16   firm called Litchfield Cavo.  Can you state your name
17   for the record?
18   A    Daniel Carlton Kessler.
19   Q    Okay.  Can you spell your last name, please?
20   A    K-E-S-S-L-E-R.
21   Q    Okay.  Just to clarify, you understand that
22   we're here to talk about Claim Number 15DDN161, which
23   involved property that was leased to Bulk Liquid
24   Transport in Ironton, Ohio?
25   A    Is that 61 -- 61 with an A on the end?
```

Page 5

```
 1   Q    Sure.
 2   A    Okay.
 3   Q    Is that your understanding?
 4   A    Yes.
 5   Q    Have you ever given an examination under oath
 6   before?
 7   A    On an insurance claim, no.
 8   Q    Okay.  Have you been deposed before?
 9   A    Yes.
10   Q    Okay.  So a lot of the same rules will apply
11   to the last time you were deposed.  You have to answer
12   all the questions out loud with words so that we can
13   understand, when we read back the transcript, what you
14   were intending to mean.
15   A    I understand.
16   Q    If you don't understand something, a question
17   that I ask, because I don't always ask the most artfully
18   phrased questions, please let me know and I'll try to
19   rephrase it for you.  Is that all right?
20   A    Okay.
21   Q    And that's really it.  The last thing I would
22   say is please let me finish my question before you start
23   answering, because it gets very challenging for the
24   court reporter if she has to write down what we're both
25   saying at the same time.  Is that all right?
```



Page 6

```
 1    A   Yep.
 2    Q   Okay.  When you were deposed previously what
 3  was the content?  Why were you deposed?
 4    A   That would have been on a billing matter
 5  between a subcontractor.
 6    Q   It was a commercial dispute?
 7    A   Yes.
 8    Q   Were you deposed in your capacity as a
 9  representative of Bulk Liquid Transport?
10    A   Yes.
11    Q   Do you remember the name -- was Bulk Liquid
12  Transport a party in the lawsuit?
13    A   On that, no.  It was actually -- it was
14  between Diversified, Bulk Liquid Tranport, and I can't
15  remember -- it was Hot Shot Trucking and I can't
16  remember the guy's name.
17        MR. SCARR:  The one that Gary handled?
18        THE WITNESS:  Yeah.  I can't remember the
19    guy's name.
20  BY MR. PATAKY:
21    Q   Okay.  But that was a commercial dispute about
22  someone being paid for their services?
23    A   Correct.
24    Q   Okay.  Do you remember when that was?
25    A   Later part of '14, first part of '15.  I'll
```

Page 7

```
 1  have to let you know I'm dyslexic and dates are very bad
 2  for me.
 3    Q   That's okay.  I just appreciate you doing the
 4  best that you can and, you know, trying to give as
 5  complete an answer as possible.  You understand that
 6  today you're here in your capacity as a representative
 7  of Bulk Liquid Transport, is that right?
 8    A   Correct.
 9    Q   Are you the person with the most knowledge
10  regarding damages stemming from the loss that occurred
11  on April 8th, 2015?
12    A   Yes.
13    Q   What is your business address?
14    A   As of?
15    Q   Right now.
16    A   103 Sweetwater Trail.
17    Q   Here in Bunnell, Florida?
18    A   Where we're at right now.
19    Q   Does Bulk Liquid Transport still have any
20  interest in the building that was the subject of this
21  loss at 2940 South Third Street in Ironton, Ohio?
22    A   I wouldn't really know how to answer that.
23        MR. SCARR:  You still have a purchase
24    agreement.
25        THE WITNESS:  Yeah, but the purchase
```

Page 8

```
 1  agreement was originally with me and Bulk
 2  Liquid Transport, but Bulk Liquid Transport is
 3  no longer an entity now.
 4        MR. PATAKY:  Okay.  I don't want to --
 5        THE WITNESS:  I don't know how to answer
 6    that question.
 7        MR. PATAKY:  Could we go off the record
 8    for a second?
 9        (Off the record discussion had.)
10  BY MR. PATAKY:
11    Q   All right.  So I understand Bulk Liquid
12  Transport is no longer an entity that exists, is that
13  right?
14    A   Correct.
15    Q   Okay.  When did it cease to exist?
16    A   I would have to get that date for you.  I
17  don't know.
18    Q   Okay.  Was it this year?  Was it in 2017 that
19  Bulk Liquid Transport LLC was dissolved?
20    A   I would say that it was 2016.
21    Q   2016.  Do you recall, would it be in the -- do
22  you think it was in the first half or the second half of
23  2016?
24    A   First half, I believe.
25    Q   Okay.  At the time of the loss, assuming the
```

Page 9

```
 1  loss is April 8th, 2015, at that time did Bulk Liquid
 2  Transport have an interest in the building at 2940 South
 3  Third Street in Ironton, Ohio?
 4    A   Yes.
 5    Q   Okay.  What was the nature of that interest?
 6    A   Well, it was my -- as the company, as itself
 7  as a company was the tenant of the building.
 8    Q   Who did they lease the building from?
 9    A   Would have been from myself.
10    Q   From you, Dan Kessler?
11    A   Yes.
12    Q   Okay.  Did you own the building?
13    A   I was in a purchasing agreement being financed
14  by the Lawrence County Economic Development Center with
15  a balloon payment at the end of the term.
16    Q   Okay.  So you didn't hold title to the
17  property, is that what you said?  That was true?
18    A   Yes.
19    Q   Okay.  Lawrence -- the Lawrence County
20  Economic Development Program, did they hold title?
21    A   They held the title to the program or to
22  the -- to the building.
23    Q   When you made the -- well, for how long was
24  the term of that agreement?
25    A   The original term, I believe, and I don't have
```



3 (Pages 6 to 9)