UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BULK LIQUID TRANSPORT, LLC, et al., | : | Case No.: 1:17-cv-00494 |
| | : | |
| Plaintiffs | : | Judge: Susan J. Dlott |
| v. | : | |
| | : | |
| SENECA INSURANCE COMPANY, INC., et al., | : | |
| | : | **NOTICE OF APPEARANCE** |
| Defendants. | : | |
| | : | |

Aaron M. Herzig hereby gives notice of his appearance as counsel for Plaintiffs Bulk Liquid Transport, LLC and Lawrence Economic Development Corporation.

    Respectfully submitted,

    /s/ Aaron M. Herzig
    Aaron M. Herzig (0079371)
    Donnell J. Bell (0091265)
    TAFT STETTINIUS & HOLLISTER LLP
    425 Walnut Street, Suite 1800
    Cincinnati, OH 45202-3957
    Phone: (513) 381-2838
    Fax: (513) 381-0205
    aherzig@taftlaw.com
    dbell@taftlaw.com
    *Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 2, 2017 the foregoing document was filed using the Court's CM/ECF system, which will send electronic notification of the filing to all counsel of record.

    /s/ Aaron M. Herzig