## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **BULK LIQUID TRANSPORT, LLC**, a Kentucky limited liability company, and **LAWRENCE ECONOMIC DEVELOPMENT CORPORATION**, an Ohio non-profit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> **SENECA SPECIALTY INSURANCE COMPANY, INC.**, a New York corporation, and **CUNNINGHAM LINDSAY U.S., INC.**, a Texas corporation <br><br> Defendants. | Case No.: 1:17-cv-00494-SJD <br><br> Hon. Susan J. Dlott <br><br> **Notice of Mediation** |

## NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that mediation in the above-captioned matter has been scheduled for Tuesday, December 12, 2017 at 10:30 a.m. Said mediation will be held at the offices of White, Getgey & Meyer, L.P.A., 1700 Fourth & Vine Tower, One West Fourth Street, Cincinnati, Ohio 45202 before the selected mediator, Carl Stich, Jr.

Respectfully submitted,

/s/ Aaron M. Herzig
Aaron M. Herzig (0079371)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205
aherzig@taftlaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2017 the foregoing document was filed using the Court's CM/ECF system, which will send electronic notification of the filing to all counsel of record. Parties may access this filing through the Court's system.

/s/ Aaron M. Herzig