# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

BULK LIQUID TRANSPORT, LLC, et al.,

      Plaintiffs,

v

SENECA SPECIALTY INSURANCE COMPANY, et al.,

      Defendants.

Case No. 1:17-cv-00494-SJD
Hon. Susan J. Dlott
Magistrate Judge Karen L. Litkovitz

_____/

## STIPULATED ORDER LIFTING STAY AND DISMISSING CASE WITH PREJUDICE AS TO ALL PARTIES AND WITHOUT COSTS OR FEES TO ANY PARTY
_____/

IT IS HEREBY STIPULATED, by and among the parties, through their respective counsel, that the stay in this matter entered pursuant to Order dated September 8, 2017 (Doc 16) is hereby lifted; and

IT IS FURTHER STIPULATED that this matter is dismissed with prejudice as to all parties and without costs or fees to any party.

NOW THEREFORE, IT IS SO ORDERED.

Dated: **Jan 2, 2018**

/s/ Susan J. Dlott
Hon. Susan J. Dlott
UNITED STATES DISTRICT JUDGE

**Stipulated by:**

s/ Thomas E. Scarr
THOMAS E. SCARR
**JENKINS FENSTERMAKER, PLLC**
Post Office Box 2688
Huntington, West Virginia 25726
(304) 523-2100/ (304) 523-2347 – Fax
ckg@jenkinsfenstermaker.com

AND

s/ Kurt D. Meyer
KURT D. MEYER (0087580)
**GREGORY AND MEYER, P.C.**
340 E. Big Beaver Rd., Ste. 520
Troy, MI 48083
(248) 689-3920/(248) 689-4560
kmeyer@gregorylaw.com

*Attorneys for Defendant Seneca*

| | |
|---|---|
| s/ Aaron M. Herzig<br>AARON M. HERZIG (0079371)<br>DONNELL J. BELL (0091265)<br>**TAFT STETTINIUS & HOLLISTER, LLP**<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202-3957<br>(513) 381-2838/(513) 381-0205 – Fax<br>aherzig@taftlaw.com<br>dbell@taftlaw.com<br><br>*Attorneys for Plaintiffs* | s/ Clifford C. Masch<br>CLIFFORD C. MASCH (0015737)<br>**REMINGER CO., LPA**<br>101 West Prospect Avenue, Suite 1400<br>Cleveland, OH 44115-1093<br>(216) 430-2164/(216) 687-1841 - Fax<br><br>*Attorneys for Defendant Cunningham Lindsay U.S., Inc.* |